**Vernon M. Darnell, Appellant, v. Strand Hotel Corporation, Appellee.**

**Gen. No. 45,238.** 

William F. Patterson, for appellant; John J. Hogan, of counsel; Claussen, Hirsh & Miller, for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.** Opinion filed May 9, 1951; released for publication July 5, 1951.